**JOHN J. MOMOT, ESQ.**
Nevada Bar No. 1700
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
MOMOTLAWFIRM@GMAIL.COM
Attorney for Defendant
CESAR LOPEZ-OBESO

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CESAR LOPEZ-OBESO, )<br>)<br>Defendant. )<br>_____) | 2:12-cr-00406-LDG-GWF |

### REQUEST TO BE RELIEVED AS COUNSEL
### AT THE CONCLUSION OF SENTENCING

COMES NOW JOHN J. MOMOT, ESQ., counsel for Defendant, CESAR LOPEZ-OBESO, and moves the Honorable Court to be relieved as counsel for purposes of appeal.

Sentencing in the instant case is scheduled for September 5, 2013.

DATED this __5__ day of September, 2013.

JOHN J. MOMOT, ESQ.
Nevada Bar No. 1700
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
Attorney for Defendant
CESAR LOPEZ-OBESO

1

JOHN J. MOMOT, ESQ.
Nevada Bar No. 1700
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
MOMOTLAWFIRM@GMAIL.COM
Attorney for Defendant
CESAR LOPEZ-OBESO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:12-cr-00406-LDG-GWF |
| vs. ) | |
| ) | |
| CESAR LOPEZ-OBESO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## RECEIPT OF COPY

RECEIPT OF COPY of **REQUEST TO BE RELIEVED AS COUNSEL AT THE CONCLUSION OF SENTENCING** of JOHN J. MOMOT, ESQ., in the above-captioned case is hereby acknowledged this ___5___ day of September, 2013.

_____    _____
CESAR LOPEZ-OBESO                            ASSISTANT UNITED STATES ATTORNEY

**JOHN J. MOMOT, ESQ.**
Nevada Bar No. 1700
JOHN J. MOMOT, LTD.
520 So. Fourth St., Ste. 300
Las Vegas, Nevada 89101
(702) 385-7170
MOMOTLAWFIRM@GMAIL.COM
Attorney for Defendant
CESAR LOPEZ-OBESO

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CESAR LOPEZ-OBESO, ) <br> ) <br> Defendant. ) <br> ) | 2:12-cr-00406-LDG-GWF |

### ORDER TO BE RELIEVED AS COUNSEL
### AT THE CONCLUSION OF SENTENCING

UPON the REQUEST TO BE RELIEVED AS COUNSEL AT THE CONCLUSION OF SENTENCING, submitted by attorney JOHN J. MOMOT, ESQ., and for good cause shown,

**IT IS HEREBY ORDERED** that JOHN J. MOMOT, ESQ.'s REQUEST TO BE RELIEVED AS COUNSEL AT THE CONCLUSION OF SENTENCING for Defendant, CESAR LOPEZ-OBESO, is hereby granted.

DATED this 5 day of September, 2013.

_____
THE HONORABLE JUDGE GEORGE

Submitted by:

_____
JOHN J. MOMOT, ESQ.